IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNE GIONET<br>2841 Debarr Rd. STE 20<br>Anchorage, Alaska, 99508-2945<br><br>      Plaintiff,<br> v.<br><br>NANCY PELOSI, in her official<br>capacity as Speaker of the United States<br>House of Representatives.<br>Office of the Speaker.<br>The U.S. Capitol. Suite H-232,<br>U.S. House of Representatives<br>Washington, D.C. 20515<br>Telephone:  (202) 225-0100, et al.<br><br><br><br><br>      Defendants, | Civil Case No. 1:22cv610 |

**MOTION FOR PRO HAC VICE ADMISSION OF COUNSEL
FOR PLAINTIFF SUSANNE GIONET**

  Pursuant to Local Civil Rule 83.2 (d), Participation By Non-Members of This Court's Bar In Court, undersigned counsel, moves as a sponsor, for the admission and appearance of attorney Zachary John Thornley for *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Zachary John Thornley, filed herewith. Plaintiff, Susanne Gionet, wishes for Zachary John Thornley to represent her as legal counsel in this case and Zachary John Thornley proposes to represent Ms. Gionet in this case.

Case 1:22-cv-00610-CJN   Document 2   Filed 03/04/22   Page 2 of 3

Zachary John Thornley is admitted and an active member in good standing in the following courts of bars: State of Arizona and the Federal District of Arizona   I am advised that he has been admitted pro hac vice in federal court in the Federal District of the District of Columbia.  This motion is supported and signed by the undersigned, an active and sponsoring member of the Bar of this Court.

As the sponsoring attorney, I am and will remain available to consult with Mr. Thornley as may be needed to assist him with local practice and to the extent that the Court requires to review pleadings and participate in hearings. I understand that he has familiarized himself with the local rules of this Honorable Court and I will be available to assist with that and consult on any questions about them.  And this filing is accompanied by a payment of $100.

 Dated: March 4, 2022				Respectfully submitted,


					_____/s/_____

					Juli Z. Haller, (D.C. Bar No. 466921)
					The Law Offices of Julia Haller
					601 Pennsylvania Avenue, N.W., Suite 900
					Washington, DC 20004
					Telephone: (202) 729-2201
					HallerJulia@outlook.com

Page 2

## **CERTIFICATE OF SERVICE**

On March 4, 2022, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system.

/s/
Juli Z. Haller, (D.C. Bar No.466921)
The Law Offices of Julia Haller
601 Pennsylvania Avenue, N.W., Suite 900
Washington, DC 20004
Telephone: (202) 729-2201
HallerJulia@outlook.com
