IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNE GIONET<br>2841 debarr rd. ste 20<br>Anchorage, Alaska, 99508-2945<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>NANCY PELOSI, in her official<br>capacity as Speaker of the United States<br>House of Representatives.<br>Office of the Speaker.<br>The U.S. Capitol. Suite H-232,<br>U.S. House of Representatives<br>Washington, D.C. 20515<br>Telephone:  (202) 225-0100, et al.<br><br><br><br>　　　　　　　Defendants | Civil Case No. 1:22cv610 |

### ORDER

The Court grants Plaintiff Susanne Gionet's Motion for Pro Hac Admission of Zachary John Thornley in the above referenced matter.   At this time, counsel sponsoring Mr. Thornley's pro hac vice admission is excused, and do not need to appear with Mr. Thornley at future court appearances.

　　　　　　　Respectfully Submitted,


　　　　　　　_____
　　　　　　　The Hon.
　　　　　　　United States District Court Judge

Dated: