# UNITED STATES DISTICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNE GIONET<br>2841 DEBARR RD. STE 20<br>ANCHORAGE, AK, 99508-2945,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY PELOSI in her official capacity as Speaker of the United States House of Representatives.<br>Office of the Speaker.<br>The U.S. Capitol. Suite H-232,<br>U.S. House of Representatives<br>Washington, D.C. 20515<br>Telephone: (202) 225-0100<br><br>and<br><br>BENNIE G. THOMPSON, in his official capacity as Chair of the Select Committee to Investigate the January 6th Attack on the United States Capitol.<br>Rayburn House Office Building Suite 2466<br>U.S. House of Representatives<br>Washington, D.C. 20515<br>Telephone: (202) 225-5876,<br><br>and<br><br>ELIZABETH L. CHENEY, in her official capacity as a member of the United States House of Representatives.<br>Cannon House Office Building, Suite 416<br>U.S. House of Representatives<br>Washington D.C. 20515<br>Telephone: (202) 225-2311<br><br>and | Case No:<br><br>**APPLICATION FOR ADMISSION PRO HAC VICE** |

1

ADAM B. SCHIFF, in his official capacity as a member of the United States House of Representatives
Rayburn House Office Building, Suite 2309
U.S. House of Representatives
Washington, D.C. 20515
Telephone: (202) 225-4176

and

JAMIE B. RASKIN, in his official capacity as a member of the United States House of Representatives
Rayburn House Office Building, Suite 2242
U.S. House of Representatives
Washington, D.C. 20515
Telephone: (202) 225-5341

and

SUSAN E. LOFGREN, in her official capacity as a member of the United States House of Representatives
Longworth House Office Building, Suite 1401
U.S. House of Representatives
Washington, DC. 20515
Telephone: (202) 225-3072

and

ELAINE G. LURIA, in her official capacity as a member of the United States House of Representatives
Cannon House Office Building, Suite 412
U.S. House of Representatives
Washington, D.C. 20515
Telephone: (202) 225-4215

and

PETER R. AGUILAR, in his official capacity as a member of the United States House of Representatives
Cannon House Office Building, Suite 109

| | |
|---|---|
| 1 | U.S. House of Representatives |
| 2 | Washington, D.C. 20515<br>Telephone: (202) 225-3201 |
| 3 | |
| 4 | and |
| 5 | STEPANIE MURPHY, in her official capacity |
| 6 | as a member of the United States House of<br>Representatives |
| 7 | Longworth House Office Building, Suite 1710<br>U.S. House of Representatives |
| 8 | Washington, D.C. 20515<br>Telephone: (202) 225-4305 |
| 9 | |
| 10 | and |
| 11 | ADAM D. KINZINGER, in his official capacity |
| 12 | as a member of the United States House of<br>Representatives |
| 13 | Rayburn House Office Building, Suite 3635<br>U.S. House of Representatives |
| 14 | Washington, D.C. 20515<br>Telephone: (202) 225-3201 |
| 15 | |
| 16 | and |
| 17 | SELECT COMMITTEE TO INVESTIGATE<br>THE JANUARY 6 ATTACK ON THE |
| 18 | UNITED<br>STATES CAPITOL |
| 19 | Longworth House Office Building |
| 20 | Washington, D.C. 20515<br>Telephone (202) 225-7800 |
| 21 | |
| 22 | and |
| 23 | JOHN WOOD, in his official capacity as<br>Investigative Counsel for the Minority Members |
| 24 | of the House Select Committee to Investigate<br>the January Attack on the United States Capitol |
| 25 | Longworth House Office Building |
| 26 | Washington, D.C. 20515<br>Telephone: (202) 225-7800 |
| 27 | |
| 28 | and |

3

| | |
|---|---|
| 1 | |
| 2 | TIMOTHY J. HEAPHY, in his official capacity as Chief Investigative Counsel for the House Select Committee to Investigate the January 6 Attack on the United States Capitol |
| 3 | |
| 4 | Longworth House Office Building |
| 5 | Washington, D.C. 20515 |
| | Telephone: (202) 225-7800 |
| 6 | |
| | and |
| 7 | |
| 8 | VERIZON COMMUNICATIONS, INC. |
| | Serve: General Counsel and Executive |
| 9 | Vice President Craig Silliman |
| | 1095 Avenue of the Americas |
| 10 | New York, NY 10036 |
| 11 | |
| | and |
| 12 | |
| | CELLCO PARTNERSHIP |
| 13 | d/b/a VERIZON WIRELESS |
| 14 | Serve: General Counsel |
| | ATTN: VSAT |
| 15 | 1 Verizon Way |
| | Basking Ridge, New Jersey 07920 |
| 16 | Telephone (908) 559-5490 |
| 17 | |
| | Defendants. |
| 18 | |

## DECLARATION

I, Zachary J Thornley, hereby declare under penalty of perjury:

(1) My information is as follows:

Zachary John Thornley
Arizona State Bar No: 032363
With the law firm of Thornley Law Firm, P.C.
18441 N 25th Ave., Ste. 103
Phoenix, AZ. 85023

4

Courts@ThornleyLawFirm.com
Office: 602-686-5223
Fax: 928-433-5909

(2) That I am a member in good standing of the highest court of the State of Arizona and the United States District Court of Arizona;

(3) That there are no disciplinary complaints pending against me for violation of the rules of any state;

(4) That I have never been disciplined by any bar at any time ever;

(5) That I have not been suspended or disbarred for disciplinary reasons from practice in any court;

(6) I have been admitted *pro hac vice* in this Court in January and July of 2021 in cases number 1:21-mj-00014 and 21-MJ00502 (GMH).

(7) That neither am I a member of the United States Federal District of Columbia nor do I have a pending application.

By: _____
Zachary Thornley
Arizona State Bar No: 032363

**THORNLEY LAW FIRM, PC.**

_____
Arizona State Bar No: 032363
Lead Counsel
Thornley Law Firm, PC.
18441 N. 25th Ave., Ste 103
Phoenix, AZ. 85023
ATTORNEY FOR PLAINTIFF

5