IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNE GIONET<br><br>    Plaintiff,<br>        v.<br><br>NANCY PELOSI, in her official capacity as Speaker of the United States<br><br>    Defendants. | CASE NO. 1:22cv610<br><br>JUDGE: |

### ERRATA

TO:    CLERK OF THE COURT

   Undersigned counsel, hereby, files this Errata to correct a filing error on the Complaint and Civil Case Information Form, for re-docketing via the CM/ECF system.

Dated March 8, 2022                Respectfully Submitted,


                         /s/ *Juli Z. Haller*
                       Juli Z. Haller (#466921)
                       The Law Offices of Julia Haller
                       601 Pennsylvania Avenue, N.W., Suite 900
                       Washington, DC 20004
                       (202) 7292201
                       HallerJulia@outlook.com

## **CERTIFICATE OF SERVICE**

On March 8, 2022, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system.

          /s/ *Juli Z. Haller*
Juli Z. Haller, (D.C. Bar No.466921)
The Law Offices of Julia Haller
601 Pennsylvania Avenue, N.W., Suite 900
Washington, DC 20004
Telephone: (202) 729-2201
HallerJulia@outlook.com