IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNE GIONET<br><br>    Plaintiff,<br>       v.<br><br>NANCY PELOSI, in her official capacity as Speaker of the United States<br><br>    Defendants. | CASE NO. 1:22cv610<br><br>JUDGE: |

## ERRATA

TO:    CLERK OF THE COURT

    Undersigned counsel, hereby, files this Errata to correct a filing error on the Motion for Pro Hac Vice Admission of Zachary John Thornley, for re-docketing via the CM/ECF system.

Dated March 8, 2022        Respectfully Submitted,

                                  /s/ *Juli Z. Haller*
                             Juli Z. Haller (#466921)
                             The Law Offices of Julia Haller
                             601 Pennsylvania Avenue, N.W., Suite 900
                             Washington, DC 20004
                             (202) 7292201
                             HallerJulia@outlook.com

## **CERTIFICATE OF SERVICE**

On March 8, 2022, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system.

          /s/ *Juli Z. Haller*
Juli Z. Haller, (D.C. Bar No.466921)
The Law Offices of Julia Haller
601 Pennsylvania Avenue, N.W., Suite 900
Washington, DC 20004
Telephone: (202) 729-2201
HallerJulia@outlook.com