IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUSANNE GIONET
2841 debarr rd. ste 20
Anchorage, Alaska, 99508-2945

                Plaintiff,

    v.

NANCY PELOSI, in her official
capacity as Speaker of the United States
House of Representatives.
Office of the Speaker.
The U.S. Capitol. Suite H-232,
U.S. House of Representatives
Washington, D.C. 20515
Telephone:  (202) 225-0100, et al.

                Defendants,

Civil Case No.

## MOTION FOR PRO HAC VICE ADMISSION OF COUNSEL
## FOR PLAINTIFF SUSANNE GIONET

    Pursuant to Local Civil Rule 83.2 (d), Participation By Non-Members of This Court's Bar In Court, undersigned counsel, moves as a sponsor, for the admission and appearance of attorney Zachary John Thornley for *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Zachary John Thornley, filed herewith. Plaintiff Susanne Gionet wishes for Zachary John Thornley to represent her as legal counsel in this case and Zachary John Thornley proposes to represent Ms. Gionet in this case.

Zachary John Thornley is admitted and an active member in good standing in the following courts of bars: State of Michigan, State of Florida, United States District Court for the Eastern District of Michigan, United States District Court for the Western District of Michigan. I am advised that he has been admitted pro hac vice in several federal courts, including most recently in the Southern District Court of New York. This motion is supported and signed by the undersigned, an active and sponsoring member of the Bar of this Court.

As the sponsoring attorney, I am and will remain available to consult with Mr. Thornley as may be needed to assist him with local practice and to the extent that the Court requires to review pleadings and participate in hearings. I understand that he has familiarized himself with the local rules of this Honorable Court and I will be available to assist with that and consult on any questions about them. And this filing is accompanied by a payment of $100.

[signature next page]

Dated: March 4, 2022                    /s/ Juli Z. Haller                    /
Juli Z. Haller, (D.C. Bar No.466921)
The Law Offices of Julia Haller
601 Pennsylvania Avenue, N.W., Suite 900
Washington, DC 20004
Telephone: (202) 729-2201
HallerJulia@outlook.com

## **CERTIFICATE OF SERVICE**

On March 4, 2022, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system.

/s/ Juli Z. Haller
Juli Z. Haller, (D.C. Bar No.466921)
The Law Offices of Julia Haller
601 Pennsylvania Avenue, N.W., Suite 900
Washington, DC 20004
Telephone: (202) 729-2201
HallerJulia@outlook.com