# UNITED STATES DISTICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNE GIONET<br>2841 DEBARR RD. STE 20<br>ANCHORAGE, AK, 99508-2945,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY PELOSI in her official capacity as Speaker of the United States House of Representatives.<br>Office of the Speaker.<br>The U.S. Capitol. Suite H-232,<br>U.S. House of Representatives<br>Washington, D.C. 20515<br>Telephone: (202) 225-0100<br><br>and<br><br>BENNIE G. THOMPSON, in his official capacity as Chair of the Select Committee to Investigate the January 6th Attack on the United States Capitol.<br>Rayburn House Office Building Suite 2466<br>U.S. House of Representatives<br>Washington, D.C. 20515<br>Telephone: (202) 225-5876,<br><br>and<br><br>ELIZABETH L. CHENEY, in her official capacity as a member of the United States House of Representatives.<br>Cannon House Office Building, Suite 416<br>U.S. House of Representatives<br>Washington D.C. 20515<br>Telephone: (202) 225-2311<br><br>and | Case No:<br><br>**APPLICATION FOR ADMISSION PRO HAC VICE** |

1

| | |
|---|---|
| 1 | |
| 2 | ADAM B. SCHIFF, in his official capacity as a member of the United States House of Representatives |
| 3 | Rayburn House Office Building, Suite 2309 |
| 4 | U.S. House of Representatives |
| 5 | Washington, D.C. 20515<br>Telephone: (202) 225-4176 |
| 6 | |
| 7 | and |
| 8 | JAMIE B. RASKIN, in his official capacity as a member of the United States House of |
| 9 | Representatives |
| 10 | Rayburn House Office Building, Suite 2242<br>U.S. House of Representatives |
| 11 | Washington, D.C. 20515<br>Telephone: (202) 225-5341 |
| 12 | |
| 13 | and |
| 14 | SUSAN E. LOFGREN, in her official capacity as a member of the United States House of |
| 15 | Representatives |
| 16 | Longworth House Office Building, Suite 1401<br>U.S. House of Representatives |
| 17 | Washington, DC. 20515<br>Telephone: (202) 225-3072 |
| 18 | |
| 19 | and |
| 20 | ELAINE G. LURIA, in her official capacity as a member of the United States House of |
| 21 | Representatives |
| 22 | Cannon House Office Building, Suite 412<br>U.S. House of Representatives |
| 23 | Washington, D.C. 20515<br>Telephone: (202) 225-4215 |
| 24 | |
| 25 | and |
| 26 | PETER R. AGUILAR, in his official capacity as a member of the United States House of |
| 27 | Representatives<br>Cannon House Office Building, Suite 109 |
| 28 | |

```
 1  U.S. House of Representatives
    Washington, D.C. 20515
 2  Telephone: (202) 225-3201
 3
         and
 4
    STEPANIE MURPHY, in her official capacity
 5  as a member of the United States House of
    Representatives
 6  Longworth House Office Building, Suite 1710
 7  U.S. House of Representatives
    Washington, D.C. 20515
 8  Telephone: (202) 225-4305
 9
         and
10
    ADAM D. KINZINGER, in his official capacity
11  as a member of the United States House of
    Representatives
12  Rayburn House Office Building, Suite 3635
13  U.S. House of Representatives
    Washington, D.C. 20515
14  Telephone: (202) 225-3201
15
         and
16
    SELECT COMMITTEE TO INVESTIGATE
17  THE JANUARY 6 ATTACK ON THE
    UNITED
18  STATES CAPITOL
19  Longworth House Office Building
    Washington, D.C. 20515
20  Telephone (202) 225-7800
21
         and
22
    JOHN WOOD, in his official capacity as
23  Investigative Counsel for the Minority Members
    of the House Select Committee to Investigate
24  the January Attack on the United States Capitol
25  Longworth House Office Building
    Washington, D.C. 20515
26  Telephone: (202) 225-7800
27
         and
28
```

3

| | |
|---|---|
| 1 | |
| 2 | TIMOTHY J. HEAPHY, in his official capacity as Chief Investigative Counsel for the House |
| 3 | Select Committee to Investigate the January 6 Attack on the United States Capitol |
| 4 | Longworth House Office Building |
| 5 | Washington, D.C. 20515<br>Telephone: (202) 225-7800 |
| 6 | |
| 7 | and |
| 8 | VERIZON COMMUNICATIONS, INC.<br>Serve: General Counsel and Executive |
| 9 | Vice President Craig Silliman<br>1095 Avenue of the Americas |
| 10 | New York, NY 10036 |
| 11 | and |
| 12 | CELLCO PARTNERSHIP |
| 13 | d/b/a VERIZON WIRELESS |
| 14 | Serve: General Counsel<br>ATTN: VSAT |
| 15 | 1 Verizon Way<br>Basking Ridge, New Jersey 07920 |
| 16 | Telephone (908) 559-5490 |
| 17 | Defendants. |

## DECLARATION

I, Zachary J Thornley, hereby declare under penalty of perjury:

(1) My information is as follows:

Zachary John Thornley
Arizona State Bar No: 032363
With the law firm of Thornley Law Firm, P.C.
18441 N 25th Ave., Ste. 103
Phoenix, AZ. 85023

4

Courts@ThornleyLawFirm.com
Office: 602-686-5223
Fax: 928-433-5909

(2) That I am a member in good standing of the highest court of the State of Arizona and the United States District Court of Arizona;

(3) That there are no disciplinary complaints pending against me for violation of the rules of any state;

(4) That I have never been disciplined by any bar at any time ever;

(5) That I have not been suspended or disbarred for disciplinary reasons from practice in any court;

(6) I have been admitted *pro hac vice* in this Court in January and July of 2021 in cases number 1:21-mj-00014 and 21-MJ00502 (GMH).

(7) That neither am I a member of the United States Federal District of Columbia nor do I have a pending application.

By: _____
Zachary Thornley
Arizona State Bar No: 032363


**THORNLEY LAW FIRM, PC.**

_____
Arizona State Bar No: 032363
Lead Counsel
Thornley Law Firm, PC.
18441 N. 25th Ave., Ste 103
Phoenix, AZ. 85023
ATTORNEY FOR PLAINTIFF