## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Susanne Gionet**

        Plaintiff(s),

VS.

**Nancy Pelosi, in her official capacity as Speaker of the United States House of Representatives, et al**

        Defendant(s).

Attorney: Zachary J. Thornley

Thornley Law Firm, PC
18441 N. 25th Ave., #103
Phoenix AZ 85023

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
\*278799\*

**Case Number: 1:22-cv-00610-CJN**

Legal documents received by Same Day Process Service, Inc. on **05/18/2022** at **3:20 PM** to be served upon **Jamie B. Raskin, in his official capacity as a member of the United States House of Representatives, by serving Civil Process Clerk - United States Attorney's Office for the District of Columbia at 601 D St., NW, 7th Fl., Washington, DC 20001**

I, **Brandon Snesko**, swear and affirm that on **May 26, 2022** at **4:59 PM**, I did the following:

Served **Jamie B. Raskin, in his official capacity as a member of the United States House of Representatives, by serving Civil Process Clerk - United States Attorney's Office for the District of Columbia** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Designation of Related Civil Cases Pending in this or Any Other United States Court; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** to **Reginald Rowan** as **Legal Administrative Specialist & Authorized Agent** of **Jamie B. Raskin, in his official capacity as a member of the United States House of Representatives, by serving Civil Process Clerk - United States Attorney's Office for the District of Columbia** at **601 D St., NW, 7th Fl. , Washington, DC 20001**.

**Description of Person Accepting Service:**
Sex: Male Age: 50 Height: Sitting Weight: Over 200 lbs Skin Color: Black Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon Snesko**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job
ID:278799

