# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Susanne Gionet**

    Plaintiff(s),

VS.

**Nancy Pelosi, in her official capacity as Speaker of the United States House of Representatives, et al**

    Defendant(s).

Attorney: Zachary J. Thornley

Thornley Law Firm, PC
18441 N. 25th Ave., #103
Phoenix AZ 85023

*278813*

**Case Number: 1:22-cv-00610-CJN**

Legal documents received by Same Day Process Service, Inc. on **05/18/2022** at **3:36 PM** to be served upon **John Wood, in his official capacity as Investigative Counsel for the Minority Members of the House Select Committee to Investigate the January 6 Attack on the United States Capitol,by serving Civil Process Clerk - United States Attorney's Office for the District of Columbia at 601 D St., NW, 7th Fl., Washington, DC 20001**.

I, **Brandon Snesko**, swear and affirm that on **May 26, 2022** at **4:59 PM**, I did the following:

Served **John Wood, in his official capacity as Investigative Counsel for the Minority Members of the House Select Committee to Investigate the January 6 Attack on the United States Capitol,by serving Civil Process Clerk - United States Attorney's Office for the District of Columbia** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Designation of Related Civil Cases Pending in this or Any Other United States Court; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** to **Reginald Rowan** as Legal Administrative Specialist & Authorized Agent of **John Wood, in his official capacity as Investigative Counsel for the Minority Members of the House Select Committee to Investigate the January 6 Attack on the United States Capitol,by serving Civil Process Clerk - United States Attorney's Office for the District of Columbia** at **601 D St., NW, 7th Fl. , Washington, DC 20001**.

**Description of Person Accepting Service:**
Sex: Male Age: 50 Height: Sitting Weight: Over 200 lbs Skin Color: Black Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon Snesko**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:278813

