# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Susanne Gionet**

    Plaintiff(s),

vs.

**Nancy Pelosi, in her official capacity as Speaker of the United States House of Representatives, et al**

    Defendant(s).

Attorney: Zachary J. Thornley

Thornley Law Firm, PC
18441 N. 25th Ave., #103
Phoenix AZ 85023



*278808*

**Case Number: 1:22-cv-00610-CJN**

Legal documents received by Same Day Process Service, Inc. on **05/18/2022** at **3:31 PM** to be served upon **Stepanie Murphy, in her official capacity as a member of the United States House of Representatives, by serving Merrick B. Garland - Attorney General - U.S. Department of Justice at 950 Pennsylvania Ave., NW, Washington, DC 20530-0001**

I, **Cora Heishman**, swear and affirm that on **May 27, 2022** at **3:13 PM**, I did the following:

Served **Stepanie Murphy, in her official capacity as a member of the United States House of Representatives, by serving Merrick B. Garland - Attorney General - U.S. Department of Justice** by delivering a conformed copy of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Designation of Related Civil Cases Pending in this or Any Other United States Court; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge  by Certified Mailing to     Stepanie Murphy, in her official capacity as a member of the United States House of Representatives, by serving Merrick B. Garland - Attorney General - U.S. Department of Justice at 950 Pennsylvania Ave., NW , Washington, DC 20530-0001.

**Supplemental Data Appropriate to this Service:** On 05/27/2022, a copy of the legal documents was certified mailed to the subject with receipt number: 70210950000187116585 to the address of: 950 Pennsylvania Ave., NW, Washington, DC 20530-0001. The domestic return receipt has been requested and a subsequent affidavit will be created once received.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Cora Heishman**
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:278808

