IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUSANNE GIONET,

    *Plaintiff*,

v().

NANCY PELOSI, et al.,

    *Defendants*.

Case No. 1:22-cv-000610 (CJN)

**UNOPPOSED MOTION TO EXTEND TIME
FOR CONGRESSIONAL DEFENDANTS TO RESPOND**

Pursuant to Local Rule 7 and the Court's Standing Order in Civil Cases (ECF No. 7), Defendants the Honorable Nancy Pelosi, the Honorable Bennie G. Thompson, the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, the Honorable Adam D. Kinzinger, Timothy J. Heaphy, John Wood, and the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol ("Congressional Defendants"), respectfully move for an extension of time to respond to Plaintiff's Complaint.

Plaintiff Susanne Gionet filed her Complaint (ECF No. 1) on March 4, 2022.  Pursuant to Federal Rules of Civil Procedure 12(a)(3), 6(a)(2)(C), and 6(d), the response to Plaintiff's Complaint is due on July 25, 2022, following service by mail of the summons and original complaint on the U.S. Attorney for the District of Columbia.  *See* ECF No. 21; *see also* Fed. R. Civ. P. 6(a)(2)(C), 6(d), 12(a)(3).  The Congressional Defendants seek a 30-day extension of their time to respond, until August 24, 2022.

The Defendants, all Members of Congress, are actively engaged in studying the various alternatives in this and other related litigation. In addition, the Select Committee's investigation uncovers new information almost daily, which requires continual adjustments and alterations in its plans and strategic approach. Finally, given the information obtained via the Select Committee's hearings and the parallel criminal proceedings, additional time is required to evaluate and consider Congressional Defendants' strategic approach. There are no existing deadlines that will be affected by the granting of this motion.

Pursuant to Local Rule 7(m), the undersigned counsel for the Congressional Defendants conferred with Plaintiff's counsel about the proposed extension of time, and Plaintiff does not object to a 30-day extension. Counsel for defendant Verizon has consented to this extension request.

Respectfully submitted,

/s/ *Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
*General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Eric R. Columbus (D.C. Bar No. 487736)
Stacie M. Fahsel (D.C. Bar. No. 1034314)
Michelle S. Kallen (D.C. Bar No. 1030497)
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

*Counsel for Congressional Defendants*

July 19, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

                                              */s/ Douglas N. Letter*
                                              Douglas N. Letter