IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNE GIONET,<br><br>   *Plaintiff*,<br><br>v.<br><br>NANCY PELOSI, et al.,<br><br>   *Defendants*. | Case No. 1:22-cv-000610 (CJN) |

**UNOPPOSED SECOND MOTION TO EXTEND TIME
FOR THE CONGRESSIONAL DEFENDANTS TO RESPOND**

  Pursuant to Local Rule 7 and this Court's Standing Order in Civil Cases (ECF No. 7), Defendants the Honorable Nancy Pelosi, the Honorable Bennie G. Thompson, the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, the Honorable Adam D. Kinzinger, Timothy J. Heaphy, John Wood, and the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol ("Congressional Defendants"), respectfully move for a second extension of time to respond to Plaintiff's Complaint. The Congressional Defendants now seek only a seven-day extension of time, to and including August 31, 2022.

  Plaintiff Susanne Gionet filed her Complaint (ECF No. 1) on March 4, 2022. Pursuant to Federal Rules of Civil Procedure 12(a)(3), 6(a)(2)(C), and 6(d), the response to Plaintiff's Complaint was originally due on July 25, 2022, following service by mail of the summons and original complaint on the U.S. Attorney for the District of Columbia. *See* ECF No. 21; *see also* Fed. R. Civ. P. 6(a)(2)(C), 6(d), 12(a)(3). On July 19, 2022, the Congressional Defendants

sought a 30-day extension of the deadline to respond to the Complaint (ECF No. 40), which was granted by this Court. *See* Minute Order, July 21, 2022 (setting new date for responsive pleading of August 24, 2022). The Congressional Defendants now seek a second extension in order to have time to prepare and file a motion to dismiss the complaint under Federal Rule of Civil Procedure 12(b).

There are no existing deadlines that will be affected by the grant of this motion.

Pursuant to Local Rule 7(m), the undersigned counsel for the Congressional Defendants conferred with Plaintiff's counsel about the proposed extension of time, and Plaintiff does not object to this extension. Counsel for defendant Verizon consents to this extension request.

    Respectfully submitted,

    /s/ *Douglas N. Letter*
    Douglas N. Letter (D.C. Bar No. 253492)
    *General Counsel*
    Todd B. Tatelman (VA Bar No. 66008)
    Eric R. Columbus (D.C. Bar No. 487736)
    OFFICE OF GENERAL COUNSEL
    U.S. HOUSE OF REPRESENTATIVES
    5140 O'Neill House Office Building
    Washington, D.C. 20515
    (202) 225-9700
    Douglas.Letter@mail.house.gov

    *Counsel for the Congressional Defendants*

August 20, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter