IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNE GIONET,<br><br>        *Plaintiff*,<br><br>v.<br><br>NANCY PELOSI, et al.,<br><br>        *Defendants*. | Case No. 1:22-cv-000610 (CJN) |

**[PROPOSED] ORDER GRANTING UNOPPOSED SECOND MOTION TO EXTEND TIME FOR THE CONGRESSIONAL DEFENDANTS TO RESPOND**

It is ORDERED that the second motion of Defendants the Honorable Nancy Pelosi, the Honorable Bennie G. Thompson, the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, the Honorable Adam D. Kinzinger, Timothy J. Heaphy, John Wood, and the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol ("Congressional Defendants") for a seven-day extension to respond to Plaintiff's Complaint is GRANTED.

The Congressional Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is extended to August 31, 2022.

It is so ORDERED.

Dated: _____                                  _____
                                                                              Judge Carl J. Nichols
                                                                              UNITED STATES DISTRICT COURT JUDGE