# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNE GIONET<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6 ATTACK ON THE UNITED<br>STATES CAPITOL<br>Longworth House Office Building<br>Washington, D.C. 20515, Et al.<br><br>　　　　　Defendants. | CASE NO: 1:22-CV-00610 |

## **UNOPPOSED MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO CONGRESSIONAL DEFENDANT'S MOTION TO DISMISS**

Pursuant to Local Rule 7 and this Court's Standing Order in civil cases, Plaintiff respectfully moves for an extension of time to respond to the Congressional Defendant's Motion to Dismiss.

Defendants filed their Motion to Dismiss on August 31, 2022. Plaintiff has 14 days of the date of service to file her opposing point and authorities and that response is due by September 14, 2022. See LCvR 7(b). Plaintiff seeks a 2-week extension of time to respond to September 30, 2022. Pursuant to this Courts Standing Order 9(b) Plaintiff has not sought any previous extensions of time. Defendants have sought two.

Undersigned counsel, Zachary Thornley, has had a disruption in schedule due to the untimely death in the family of a 16-year-old nephew. Further counsel submits this disruption is

1

the reason could not comply with this Courts Standing Order 9(a). Counsel is traveling to Wyoming to attend the funeral and is requesting this additional time to respond due to the unforeseen circumstances. There are no existing deadlines that will be affected by the granting of this motion.

    Additionally, pursuant to LCvR 7(m), the undersigned counsel for the Plaintiff conferred with Defendant's counsel about the proposed extension of time, and Defendants do consent to the extension.

Dated this 14th day of September 2022.

/s/ Zachary J. Thornley
Pro Hac Vice Admission

Zachary J. Thornley AZ Bar #032363
Thornley Law Firm, PC
18441 N. 25th Ave., Suite 103
Phoenix, AZ 85023
Phone (602) 686-5223
Fax (928) 433-5909
Courts@ThornleyLawFirm.com
Attorney For Plaintiff
Pro Hac Vice Admission