# UNITED STATES DISTICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNE GIONET, <br><br>  Plaintiff, <br><br> vs. <br><br><br> SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6 ATTACK ON THE UNITED STATES CAPITOL <br> Longworth House Office Building <br> Washington, D.C. 20515, Et al., <br><br>  Defendant. | CASE NO: 1:22-CV-00610 |

## ORDER

Upon consideration of the consent motion to extend time to reply to the Defendant's Motion to Dismiss, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is Granted; it is further

**ORDERED** that the currently scheduled date for Plaintiff to Reply to Defendant's Motion to Dismiss currently set for September 14, 2022, be continued for good cause to the _____ day of _____, 2022, at _____a.m./p.m.

 

_____
THE HON. CARL J. NICHOLS
UNITED STATES MAGISTRATE JUDGE

1