## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNE GIONET,<br><br>    Plaintiff,<br><br>vs.<br><br><br><br>NANCY PELOSI, et al.,<br><br><br>    Defendants. | CASE NO: 1:22-CV-00610-CJN<br><br>PROPOSED ORDER FOR DEFENDANT'S MOTION TO DISMISS |

### ORDER

Upon consideration of the Defendant's Motion to Dismiss and the Plaintiff's Response in Opposition, and upon consideration of the entire record, it is hereby

**ORDERED** that the Defendant's Motion is Denied, it is further

**ORDERED** granting declaratory relief to the Plaintiff, further

**ORDERED** that the Select Committee lacks a genuine legislative purpose

_____
THE HON. CARL J. NICHOLS
UNITED STATES MAGISTRATE JUDGE

1