IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNE GIONET<br><br>           Plaintiff,<br><br>vs.<br><br><br>SELECT COMMITTEE TO INVESTIGATE<br>THE JANUARY 6 ATTACK ON THE<br>UNITED<br>STATES CAPITOL<br>Longworth House Office Building<br>Washington, D.C. 20515, Et al.<br><br><br>           Defendants. | CASE NO: 1:22-CV-00610 |

## JOINT STATUS REPORT

COMES NOW Plaintiff, Susanne Gionet, through counsel, and jointly files this Status Report with the Defendants, through counsel, for the Select Committee to Investigate the January 6th Attack on the United States Capitol, the Honorable Nancy Pelosi, the Honorable Bennie G. Thompson, the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie Raskin, the Honorable Susan Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, and the Honorable Adam D. Kinzinger [hereinafter the "Select Committee"].

1. The Select Committee sought specific Verizon phone records via two Subpoena Duces Tecum for two separate phone lines, issued to Verizon on February 9, 2022, and February 10, 2022, respectively.

1

2. This Court issued a Minute Order on November 30, 2022, directing the parties to confer and file a joint status report in light of the Court's decision in Meadows v. Pelosi, No. 21-cv-03217 ECF No. 49.

3. The Select Committee through counsel informed Plaintiff on December 12, 2022, of its intent to withdraw the subpoenas issued, so indicating, "The telecommunications carrier will be notified of the withdrawal via letter from the Select Committee shortly."

4. Upon withdrawal of the subpoenas, the Plaintiff has no further claims against the Select Committee nor Verizon.

Respectfully submitted this 13th day of December 2022.

/s/ Zachary J. Thornley
Pro Hac Vice Admission

Zachary J. Thornley AZ Bar #032363
Thornley Law Firm, P.C.
18441 N. 25th Ave., Suite 103
Phoenix, AZ 85023
Phone: (602) 686-5223
Fax:    (928) 433-5909
Courts@ThornleyLawFirm.com
Attorney For Plaintiff
Pro Hac Vice Admission

## **Certificate of Electronic Service**

    I hereby certify that on December 13, 2022, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, with consequent service on all parties of record.

/s/ Zachary J. Thornley