**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SUSANNE GIONET, <br><br> *Plaintiff*, <br><br> v. <br><br> NANCY PELOSI, et al., <br><br> *Defendants*. | Case No. 1:22-cv-000610 (CJN) |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Pursuant to Local Rule 83.6(b), I, Douglas N. Letter, currently listed as counsel for

Defendants the Honorable Nancy Pelosi, the Honorable Bennie G. Thompson, the Honorable

Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie B. Raskin, the

Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the

Honorable Stephanie Murphy, the Honorable Adam D. Kinzinger, Timothy J. Heaphy, John

Wood, and the United States House Select Committee to Investigate the January 6th Attack on

the United States Capitol in the above-captioned case, withdraw my appearance as counsel.  I am

leaving my position in the Office of General Counsel.  Please remove my name from the case

docket and the electronic filing system.  The Defendants will continue to be represented by the

other attorney who has entered an appearance in this matter.

Respectfully submitted,

*/s/ Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
  *General Counsel*

Office of General Counsel
U.S. House of Representatives

5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

January 3, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2023, I caused the foregoing Notice of Withdrawal as

Counsel to be filed via the CM/ECF system for the U.S. District Court for the District of

Columbia, which I understand caused a copy to be served on all registered parties.


*/s/ Douglas N. Letter*
Douglas N. Letter