# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNE GIONET<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6 ATTACK ON THE UNITED<br>STATES CAPITOL<br>Longworth House Office Building<br>Washington, D.C. 20515, Et al.,<br><br>　　　　Defendants. | CASE NO: 1:22-CV-00610 |

**PLAINTIFF SUSANNE GIONET NOTICE OF DISMISSAL OF THE COMMITTEE DEFENDANTS AND STIPULATION OF DISMISSAL AS TO THE VERIZON DEFENDANTS**

　　　　Plaintiff, Susanne Gionet, through undersigned counsel, respectfully dismiss the Complaint, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ("FRCP"), against Defendants: The Honorable Nancy Pelosi, the Honorable Bennie G. Thompson, the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jaime B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, the Honorable Adam D. Kinzinger, and the Select Committee to Investigate the January 6th Attack on the United States Capitol [hereinafter the "Select Committee"].

1

Defendants Verizon Communications Inc and CellCo Partnership d/b/a Verizon Wireless [hereinafter "Verizon"] filed an Answer in this case, therefore, Plaintiff respectfully dismisses the Verizon Defendants pursuant to Rule 41(a)(1)(A)(ii) of the FRCP, herein by stipulation with undersigned counsel for Verizon.

Dated this 23rd day of February 2023.

/s/ Zachary J. Thornley
Pro Hac Vice Admission

Zachary J. Thornley AZ Bar #032363
Thornley Law Firm, P.C.
18441 N. 25th Ave., Suite 103
Phoenix, AZ 85023
Phone (602) 686-5223
Fax (928) 433-5909
Courts@ThornleyLawFirm.com
Attorney For Plaintiff
Pro Hac Vice Admission

And

For Defendant Verizon Communications Inc., and Cellco Partnership d/b/a Verizon Wireless:

/s/ Reid M. Figel
Pro Hac Vice Admission
Kellogg, Hansen, Todd
Figel & Frederick, P.L.L.C
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel:  (202) 326-7900
rfigel@kellogghansen.com

**Certificate of Electronic Service**

I hereby certify that on February 23, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, with consequent service on all parties of record.

/s/ Zachary J. Thornley_____
Zachary J. Thornley
Pro Hac Vice Admission